**Amos COX, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 03–7002.**

United States Court of Appeals, Federal Circuit.

Jan. 31, 2003.

Before LOURIE, BRYSON, and GAJARSA, Circuit Judges.

ON MOTION

GAJARSA, Circuit Judge.

*ORDER*

Amos Cox and the Secretary of Veterans Affairs respond to this court's order directing them to show cause why Cox's appeal should not be dismissed as untimely filed.

---

The Court of Appeals for Veterans Claims dismissed Cox's appeal as premature and entered judgment on July 10, 2002. On October 2, 2002, or 84 days after the entry of judgment, Cox filed a notice of appeal. An appeal must be filed within 60 days after judgment. 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b). In response to our show cause order, Cox states that he is ill. However, the statutory requirement that an appeal be timely filed may not be waived. *Sofarelli Associates, Inc. v. United States,* 716 F.2d 1395 (Fed.Cir.1983) (appeal must be dismissed for lack of jurisdiction if notice of appeal is untimely).

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed as untimely.

(2) Each side shall bear its own costs.